[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11059
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cv-24703-UU

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware series LLC,
MSPA CLAIMS 1, LLC,
a Florida limited liability,
SERIES PMPI,
a designated series of MAO-MSO
Recovery II, LLC,

Plaintiffs-Appellees,

versus

ALERE INC.,
ALERE SAN DIEGO, INC.,
ALERE HOME MONITORING, INC.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 1, 2019)

Before TJOFLAT, WILLIAM PRYOR and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED for lack of jurisdiction. We lack jurisdiction to review an order of remand that is based on a lack of subject matter jurisdiction. *See* 28 U.S.C. §§ 1447(c) & (d). Alere, Inc., and its subsidiaries removed an amended complaint for a pure bill of discovery filed by MSP Recovery Claims, Series LLC, and its subsidiaries. The district court provided a colorable rationale for remand based on a lack of federal question jurisdiction, 28 U.S.C. § 1331, and a lack of diversity jurisdiction, *id.* § 1332. *See Powerex Corp. v. Reliant Energy Serv., Inc.*, 551 U.S. 224, 234 (2007). We lack jurisdiction to review the order of remand.